PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

United States of America )
)
vs )
)
Franchesca Llanos-Delgado )

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2022

SEAN F. McAVOY, CLERK

Case No. 4:21CR06028-MKD-5

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Franchesca Llanos-Delgado, have discussed with Elizabeth Lee, Pretrial Services/Probation Officer, modification of my release as follows:

Removal Special Condition number 7: <u>GPS Location Monitoring</u>: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation/Pretrial Services Office shall immediately advise the Court. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation/Pretrial Services Office .

Removal of Special Condition number 8: <u>Home Detention</u>: Defendant shall be restricted to Defendant's residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/29/22        _____  12/29/2022
Signature of Defendant          Date          Pretrial Services/Probation Officer   Date

Franchesca Llanos-Delgado                    Elizabeth Lee

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  12/29/22
Signature of Defense Counsel                  Date

Ricardo Hernandez

[ ]   The above modification of conditions of release is ordered, to be effective on _____.

[X]   The above modification of conditions of release is <u>not</u> ordered.

_____        December 30, 2022
Signature of Judicial Officer                    Date

Alexander C. Ekstrom